UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL RAY HOGAN, | ) | |
| Petitioner, | ) | 2:97-cv-00927-JCM-PAL |
| vs. | ) | **ORDER** |
| RENEE BAKER, *et al.*, | ) | |
| Respondents. | ) | |

On May 18, 2012, this court entered an order lifting the stay and reopening proceedings in this case. ECF No. 130. In addition, the court allowed petitioner thirty (30) days within which to file an amended petition for a writ of habeas corpus. *Id*. After obtaining several extensions of time, petitioner filed his fourth amended petition on October 18, 2012. ECF No. 139.

The amended petition having been filed, the court shall now set a schedule for further litigation of this action.

**IT IS THEREFORE ORDERED**:

1. **Response to Petition.** Respondents shall have until and including **December 28, 2012**, to file and serve an answer or other response to petitioner's fourth amended petition for writ of habeas corpus (ECF No. 139).

2. **Reply and Response to Reply**. Petitioner shall have **forty-five (45) days** following service of an answer by respondents to file and serve a reply. Respondents shall thereafter have

**thirty (30) days** following service of a reply to file and serve a response to the reply.

3. **Briefing of Motion to Dismiss**. If respondents file a motion to dismiss, petitioner shall have **thirty (30) days** following service of the motion to file and serve an opposition to the motion. Respondents shall thereafter have **thirty (30) days** following service of the opposition to the motion to file and serve a reply.

4. **Evidentiary Hearing**. If petitioner wishes to request an evidentiary hearing, petitioner shall file and serve a motion for an evidentiary hearing concurrently with, but separate from, his reply to respondents' answer or his opposition to respondents' motion to dismiss. The motion for an evidentiary hearing must specifically address why an evidentiary hearing is required, and must meet the applicable requirements of 28 U.S.C. § 2254(e). The motion must identify whether an evidentiary hearing was held in state court, and, if so, state where the transcript is located in the record. If petitioner files a motion for an evidentiary hearing, respondents shall file and serve a response to that motion concurrently with, but separate from, their response to petitioner's reply or their reply in support of a motion to dismiss. Petitioner shall thereafter have **twenty (20) days**, following service of respondents' response to the motion for an evidentiary hearing, to file and serve a reply in support of that motion.

DATED: October 23, 2012.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE