**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL RAY HOGAN,

Petitioner,

v.

JEREMY BEAN, et al.,

Respondents.

Case No. 2:97-cv-00927-GMN-PAL

**ORDER**

In this capital habeas action, Respondents filed an unopposed motion requesting a 60-day extension of time to file their answer to Claims 2(A)–(G) and (I)–(O) of Petitioner Michael Ray Hogan's Fourth Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. ECF No. 228. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b); D. Nev. Local Rules of Practice LR IA 6-1.

It is therefore Ordered that Respondents' Unopposed Motion for Enlargement of Time to File an Answer to Remaining Claims of Fourth Amended Petition (First Request) (ECF No. 228) is granted.

It is further Ordered that Respondents have through December 22, 2026, to file their answer.

Dated: October 27, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE